# CIVIL CASE INFORMATION SHEET

**CAUSE NUMBER** *(FOR CLERK USE ONLY)*: 2018-CI-21080
225TH JUDICIAL DISTRICT COURT

**STYLED**: ANGEL SUAREZ VS IHEART RADIO
*(e.g., John Smith v. Jackson)*

DATE FILED: 11/02/2018


2018CI21080 -P00002

A civil case information sheet must be completed [for any] new civil, family law, probate, or mental health case or when a post-judgment petition for [modification or enforcement is filed. The in]formation should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

**Name:** Angel Suarez
**Email:** angelsugrrrzz@gmail.com
**Address:** 1410 Guadalupe St 114
**Telephone:** 210-986-4833
**City/State/Zip:** San Antonio TX 78207
**Fax:**
**Signature:** [signed]
**State Bar No:**

### Names of parties in case:
**Plaintiff(s)/Petitioner(s):** Angel Suarez

**Defendant(s)/Respondent(s):** iHeart

[Attach additional page as necessary to list all parties]

### Person or entity completing sheet is:
- [ ] Attorney for Plaintiff/Petitioner
- [ ] Pro Se Plaintiff/Petitioner
- [ ] Title IV-D Agency
- [ ] Other: _____

**Additional Parties in Child Support Case:**
Custodial Parent:
Non-Custodial Parent:
Presumed Father:

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

### Civil

**Contract**
*Debt/Contract*
- [ ] Consumer/DTPA
- [ ] Debt/Contract
- [x] Fraud/Misrepresentation
- [ ] Other Debt/Contract:

*Foreclosure*
- [ ] Home Equity—Expedited
- [ ] Other Foreclosure
- [ ] Franchise
- [ ] Insurance
- [ ] Landlord/Tenant
- [ ] Non-Competition
- [x] Partnership
- [ ] Other Contract:

**Injury or Damage**
- [ ] Assault/Battery
- [ ] Construction
- [ ] Defamation
*Malpractice*
- [ ] Accounting
- [ ] Legal
- [ ] Medical
- [ ] Other Professional Liability:
- [ ] Motor Vehicle Accident
- [ ] Premises
*Product Liability*
- [ ] Asbestos/Silica
- [ ] Other Product Liability List Product:
- [x] Other Injury or Damage: Monopoly practices

**Real Property**
- [ ] Eminent Domain/Condemnation
- [ ] Partition
- [ ] Quiet Title
- [ ] Trespass to Try Title
- [ ] Other Property:

**Related to Criminal Matters**
- [ ] Expunction
- [ ] Judgment Nisi
- [ ] Non-Disclosure
- [ ] Seizure/Forfeiture
- [ ] Writ of Habeas Corpus—Pre-indictment
- [ ] Other: _____

AFFIDAVIT OF INABILITY

### Family Law

**Marriage Relationship**
- [ ] Annulment
- [ ] Declare Marriage Void
*Divorce*
- [ ] With Children
- [ ] No Children

**Other Family Law**
- [ ] Enforce Foreign Judgment
- [x] Habeas Corpus
- [ ] Name Change
- [ ] Protective Order
- [ ] Removal of Disabilities of Minority
- [ ] Other:

**Post-judgment Actions (non-Title IV-D)**
- [ ] Enforcement
- [ ] Modification—Custody
- [ ] Modification—Other

**Title IV-D**
- [ ] Enforcement/Modification
- [ ] Paternity
- [ ] Reciprocals (UIFSA)
- [ ] Support Order

**Parent-Child Relationship**
- [ ] Adoption/Adoption with Termination
- [ ] Child Protection
- [ ] Child Support
- [ ] Custody or Visitation
- [ ] Gestational Parenting
- [ ] Grandparent Access
- [ ] Parentage/Paternity
- [ ] Termination of Parental Rights
- [ ] Other Parent-Child:

### Employment
- [ ] Discrimination
- [ ] Retaliation
- [ ] Termination
- [x] Workers' Compensation
- [ ] Other Employment:

### Other Civil
- [ ] Administrative Appeal
- [ ] Antitrust/Unfair Competition
- [ ] Code Violations
- [ ] Foreign Judgment
- [ ] Intellectual Property
- [ ] Lawyer Discipline
- [ ] Perpetuate Testimony
- [ ] Securities/Stock
- [ ] Tortious Interference
- [ ] Other: _____

### Tax
- [ ] Tax Appraisal
- [ ] Tax Delinquency
- [ ] Other Tax

### Probate & Mental Health
*Probate/Wills/Intestate Administration*
- [ ] Dependent Administration
- [ ] Independent Administration
- [ ] Other Estate Proceedings

- [ ] Guardianship—Adult
- [ ] Guardianship—Minor
- [ ] Mental Health
- [ ] Other: _____

FILED 2018 NOV -2 PM 12:58
DISTRICT CLERK BEXAR CO. TEXAS
BY _____ DEPUTY

## 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:
- [ ] Appeal from Municipal or Justice Court
- [ ] Arbitration-related
- [ ] Attachment
- [ ] Bill of Review
- [ ] Certiorari
- [ ] Class Action
- [ ] Declaratory Judgment
- [ ] Garnishment
- [ ] Interpleader
- [ ] License
- [ ] Mandamus
- [ ] Post-judgment
- [ ] Prejudgment Remedy
- [ ] Protective Order
- [ ] Receiver
- [ ] Sequestration
- [ ] Temporary Restraining Order/Injunction
- [ ] Turnover

## 4. Indicate damages sought *(do not select if it is a family law case)*:
- [ ] Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- [ ] Less than $100,000 and non-monetary relief
- [x] Over $100,000 but not more than $200,000
- [ ] Over $200,000 but not more than $1,000,000
- [ ] Over $1,000,000

DOCUMENT SCANNED AS FILED

# EXHIBIT 2

2018-CI-21080
225TH JUDICIAL DISTRICT COURT, TEXAS
ANGEL SUAREZ VS IHEART RADIO
DATE FILED: 11/02/2018

**CASE NO. (court use only)** _____

**PLAINTIFF:** Angel Suarez    *Angel Suarez*

VS.

**DEFENDANT(S)** Iheart Radio
**Defendant(s) contact info:** 20880 Stone Oak Pkwy, San Antonio TX 78258
ADDRESS

2018CI21080 -P00001

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:

I am suing for monopoly practices based on USA Antitrust Laws also for not practic[ing] equal opportunity. They play some songs from artists of their favorite record label and never play my songs on my album "Latino Supremacist" fans called, sent requests on twitter, social media, email, I sent the songs by email, letter, and all ways and they still not playing my songs. I los[t] profit opportunities and royalty.

**RELIEF:** Plaintiff seeks damages in the amount of $7,000,000.00 and/or return of personal property as described as follows (be specific):
which has a value of $_____

Additionally, plaintiff seeks the following:

Also to play one of the Easter record label songs

RETURN OF INABILITY

If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address

*Angel Suarez*
**Petitioner's Printed Name**

*[signature]*
**Signature of Plaintiff or Attorney**

**DEFENDANT(S) INFORMATION (if known):**
DATE OF BIRTH _____
LAST 3 NUMBERS OF DRIVER LICENSE _____
LAST 3 NUMBERS OF SOCIAL SECURITY _____
DEFENDANT'S PHONE NUMBER _____

**Address of Plaintiffs or Attorney**
1410 Guadalupe St Suite 114
San Antonio  TX  78207
CITY    STATE    ZIP

Phone of Plaintiff's Attorney/Plaintiff _____

Sworn to and subscribed before me this ____ day of _____, 20____

BY: DEPUTY

2018 NOV -2 P 12:58
*[stamp]* DONNA KAY McKINNEY
BEXAR CO. TEXAS
DISTRICT CLERK
FILED

CLERK OF THE JUSTICE COURT OR NOTARY

DOCUMENT SCANNED AS FILED

# EXHIBIT 2

CERTIFIED MAIL #7018036000005267944

Case Number: 2018-CI-21080

2018CI21080 S00001

**ANGEL SUAREZ**

vs.

**IHEART RADIO**

(Note: Attached document may contain additional litigants).

IN THE DISTRICT COURT
225th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

**CITATION**

AFFIDAVIT OF INABILITY

**"THE STATE OF TEXAS"**

**DIRECTED TO:**   IHEART RADIO

20880 STONE OAK PKWY
SAN ANTONIO TX 78258

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION a default judgment may be taken against you." Said CITATION with ORIGINAL PETITION was filed on the 2nd day of November, 2018.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 6TH DAY OF November A.D., 2018.

ANGEL SUAREZ
ATTORNEY FOR PROPIA PERSONA
1410 GUADALUPE ST 114
SAN ANTONIO, TX 78207

MD 11/6/18

**Donna Kay McKinney**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: *Cynthia Gonzales*, Deputy

---

ANGEL SUAREZ
vs
IHEART RADIO

**Officer's Return**

Case Number: 2018-CI-21080
Court: 225th Judicial District Court

Came to hand on the 6th day of November 2018, A.D., at 10:48 o'clock A.M. and EXECUTED (NOT EXECUTED) by CERTIFIED MAIL, on the _____ day of _____ 20____, by deilvering to: _____ at 20880 STONE OAK PKWY SAN ANTONIO TX 78258 a true copy of this Citation, upon which I endorse that date of delivery, together with the accompanying copy of the CITATION with ORIGINAL PETITION

Cause of failure to execute this Citation is _____.

**Donna Kay McKinney**
Clerk of the District Courts of
Bexar County, TX
By: *Cynthia Gonzales*, Deputy

FILE COPY (DK003)

DOCUMENT SCANNED AS FILED

# EXHIBIT 2



**2018-CI-21080**
**225TH JUDICIAL DISTRICT COURT**
**ANGEL SUAREZ VS: IHEART RADIO**
**DATE FILED: 11/02/2018**

## Request for Process

Cause: 2018CI21080 -P00004
District Court: 3

Style: _____ Vs. _____

Request the following process: (Please check all that Apply)
☑ Citation ☐ Notice ☐ Temporary Restraining Order ☐ Notice of Application for Protective Order
☐ Temporary Protective Order ☐ Precept with hearing ☐ Precept without a hearing ☐ Writ of Attachment
☐ Writ of Habeas Corpus ☐ Writ of Garnishment ☐ Writ of Sequestration ☐ Capias ☐ Other: _____

1.
Name: iHeart
Registered Agent/By Serving: _____ 78258
Address: 20880 Stone oak Pkwy San Antonio, TX 78258
Service Type: (Check One) ☐ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☑ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct __
(Pct. 3 serves process countywide)

2.
Name: _____
Registered Agent/By Serving: _____
Address: _____
Service Type: (Check One) ☐ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct __
(Pct. 3 serves process countywide)

3.
Name: _____
Registered Agent /By Serving: _____
Address: _____
Service Type: (Check One) ☐ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct __

4.
Name: _____
Registered Agent/By Serving: _____
Address: _____
Service Type: (Check One) ☐ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct __
(Pct. 3 serves process countywide)

Title of Document /Heading to be Attached to Process: _____

Name of Attorney/Pro se: Angel Suarez   Bar Number: _____
Address: 1410 Guadelupe St #14   Phone Number: 210 996 4833
San Antonio, TX 78207

Attorney for Plaintiff _____ Defendant _____ Other _____

**(****IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, SERVICE WILL BE DESTROYED****)**

DOCUMENT SCANNED AS FILED

# EXHIBIT 2

**NOTICE: THIS DOCUMENT**

Cause Number: Ansel Suarez
Plaintiff: Ansel Suarez
(Print first and last name of the person)

Defendant: IHeart
(Print first and last name of the person being sued.)

2018-CI-21080
225TH JUDICIAL DISTRICT COURT
ANGEL SUAREZ VS IHEART RADIO
DATE FILED: 11/02/2018

Court Number: ☐ County Court / County Court at Law
☐ Justice Court

_____ Texas
County

## Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

**1. Your Information**

My full legal name is: Angel Suarez     My date of birth is: 5/10/81
                     First  Middle  Last                       Month/Day/Year

My address is: (Home) 2910 Pat Booker 66 Universal City TX 78148
(Mailing)

My phone number: 2109864073   email: angelsuarez22@gmail.com

About my **dependents**: "The people who depend on me financially are listed below.

| Name | Age | Relationship to Me |
|---|---|---|
| 1. Ara Suarez | 14 | Daughter |
| 2. Archangel Suarez | 16 | Son |
| 3. Linda Suarez | 36 | Wife |
| 4. Capien Ahmed | 62 | Mom |
| 5. Patricio Munoz | 66 | Father In Law |
| 6. | | |

**2. Are you represented by Legal Aid?**

☐ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.

-or-

☐ I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.

-or-

☒ I am not represented by legal aid. I did not apply for representation by legal aid.

**3. Do you receive public benefits?**

☐ I do not receive needs-based public benefits. - or -
☒ I receive these **public benefits/government entitlements** that are based on indigency:
(Check ALL boxes that apply and attach proof to this form, such as a copy of an eligibility form or check.)

☒ Food stamps/SNAP      ☐ TANF  ☐ Medicaid      ☐ CHIP  ☐ SSI  ☐ WIC  ☐ AABD
☐ Public Housing or Section 8 Housing   ☐ Low-Income Energy Assistance  ☐ Emergency Assistance
☐ Telephone Lifeline    ☐ Community Care via DADS       ☐ LIS in Medicare ("Extra Help")
☐ Needs-based VA Pension  ☐ Child Care Assistance under Child Care and Development Block Grant
☐ County Assistance, County Health Care, or General Assistance (GA)
☒ Other: Unemployment

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
*Statement of Inability to Afford Payment of Court Costs*                              Page 1 of 2

**4. What is your monthly income and income sources?**

"I get this monthly income:

$ _____ in monthly wages. I work as a _____ for _____.
                                              *Your job title*                *Your employer*

$ _600_ in monthly unemployment. I have been unemployed since *(date)* _____.

$ _____ in public benefits per month.

$ _____ from other people in my household each month: *(List only if other members contribute to your household income.)*

$ _____ from ☐ Retirement/Pension  ☐ Tips, bonuses  ☐ Disability  ☐ Worker's Comp
                 ☐ Social Security      ☐ Military Housing ☐ Dividends, interest, royalties
                 ☐ Child/spousal support
                 ☐ My spouse's income or Income from another member of my household *(if available)*

$ _____ from other jobs/sources of income. *(Describe)* _____

$ _600_ is my *total* monthly income.

| 5. What is the value of your property?<br>"My property includes: | Value* | 6. What are your monthly expenses?<br>"My monthly expenses are: | Amount |
|---|---|---|---|
| Cash | $ | Rent/house payments/maintenance | $ 700 |
| Bank accounts, other financial assets |  | Food and household supplies | $ 100 |
|  | $ | Utilities and telephone | $ 100 |
|  | $ | Clothing and laundry | $ 300 |
|  | $ | Medical and dental expenses | $ |
| Vehicles (cars, boats) *(make and year)* |  | Insurance (life, health, auto, etc.) | $ 200 |
|  | $ | School and child care | $ |
|  | $ | Transportation, auto repair, gas | $ 100 |
|  | $ | Child / spousal support | $ |
| Other property (like jewelry, stocks, land, another house, etc.) |  | Wages withheld by court order | $ |
|  | $ | Debt payments paid to: *(List)* | $ |
|  | $ |  | $ |
|  | $ |  | $ |
| **Total** value of property → $ |  | **Total** Monthly Expenses → $ 1500 | |

*The value is the amount the item would sell for less the amount you still owe on it, if anything.

**7. Are there debts or other facts explaining your financial situation?**

"My debts include: *(List debt and amount owed)* _____

*(If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled "Exhibit: Additional Supporting Facts.")* Check here if you attach another page. ☐

**8. Declaration**

I declare under penalty of perjury that the foregoing is true and correct. I further swear:
☐ I cannot afford to pay court costs.
☐ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision.

My name is _Ansel Suarez_. My date of birth is: _5/10/81_.

My address is _2910 Pat Burke rd 66, Universal City, TX 78148_
                *Street*                      *City*      *State* *Zip Code*  *Country*

▶ Signature _____ signed on _1/12/18_ in _Bexar_ County, _Texas_.
                              *Month/Day/Year*  *County name*      *State*

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
*Statement of Inability to Afford Payment of Court Costs*                        Page 2 of 2

DOCUMENT SCANNED AS FILED

# EXHIBIT 2

8/1/2018       Texas Workforce Commission's Unemployment Benefit Services - Claim and Payment Status

## Claim and Payment Status

| Claimant Information | |
|---|---|
| Name: | ANGEL SUAREZ MORENO |
| Social Security Number (SSN): | XXX-XX-3609 |

Printer-friendly Summary

### Waiting Week

TWC cannot pay you for the first week of your claim, also known as the waiting week, until you return to full-time work or exhaust your benefits. If you return to full-time work before exhausting your benefits, you must inform TWC in order to receive payment for that first week. To report that you returned to full-time work, select Request your Waiting Week from the Quick Links.

### Claim Information

| | |
|---|---|
| Claim Type: | Regular Unemployment Benefits |
| Claim Start Date: | Jun 03, 2018 |
| Weekly Benefit Amount: | $256.00 |
| Maximum Possible Benefits: | $5,063.00 |
| Benefits Paid to Date: | $1,792.00 |
| Benefits Remaining: | $3,271.00 |
| Next Date to Request Payment: | During the week beginning Aug 12, 2018. |

### Most Recent Payment

| | |
|---|---|
| TWC Processed Date: | Jul 30, 2018 |
| Amount Deposited: | $512.00 |
| For Week(s): | Jul 22, 2018 to Jul 28, 2018 |
| | Jul 15, 2018 to Jul 21, 2018 |

### Payment Summary

Printer-friendly Summary

View Payment Details by Week

1-8 of 8

| Week(s) | TWC Processed Date | Deduction(s) | Payment |
|---|---|---|---|
| Jul 22, 2018 to Jul 28, 2018 | Jul 30, 2018 | $0.00 | $256.00 |
| Jul 15, 2018 to Jul 21, 2018 | Jul 30, 2018 | $0.00 | $256.00 |
| Jul 08, 2018 to Jul 14, 2018 | Jul 16, 2018 | $0.00 | $256.00 |
| Jul 01, 2018 to Jul 07, 2018 | Jul 16, 2018 | $0.00 | $256.00 |
| Jun 24, 2018 to Jun 30, 2018 | Jul 02, 2018 | $0.00 | $256.00 |
| Jun 17, 2018 to Jun 23, 2018 | Jul 02, 2018 | $0.00 | $256.00 |
| Jun 10, 2018 to Jun 16, 2018 | Jun 29, 2018 | $0.00 | $256.00 |
| Jun 03, 2018 to Jun 09, 2018 | Jun 18, 2018 | $0.00 | $0.00 |

View Payment Details by Week

DOCUMENT SCANNED AS FILED

# EXHIBIT 2

Form TF0001
July 2016

TEXAS HEALTH AND HUMAN SERVICES COMMISSION
P O BOX 149029
AUSTIN, TEXAS 78714-9029

Date: 06/28/2018

Case Number: 1027590224


TEXAS
Health and Human
Services Commission

**Need help?**

Call 2-1-1 or 1-877-541-7905

If you have a hearing or speech disability,
call 7-1-1 or any relay service.

**All numbers are free to call.**

MR. ANGEL L SUAREZ
TRLR 66
2910 PAT BOOKER RD
UNIVERSAL CITY TX 78148-2742

# Notice about your case:

## SNAP Food Benefits

EDG number: 643510349

| Who gets SNAP Food Benefits | | |
|---|---|---|
| Name | Date | Monthly Amount |
| Linda Munoz; Ana Juliette Suarez-munoz; Archangel Patrick Suarez-munoz; Angel L Suarez | 07/01/2018 - 11/30/2018 | $ 640.00 |
| Ana Juliette Suarez-munoz; Archangel Patrick Suarez-munoz; Angel L Suarez; Linda Munoz | 06/26/2018 - 06/30/2018 | $ 106.00 |

## Health Care Benefits

| Who gets health care benefits | | | |
|---|---|---|---|
| Name | EDG number | Program | Date |
| Archangel Patrick Suarez-munoz | 643861781 | Children's Medicaid | 08/01/2018 - 02/28/2019 |
| Ana Juliette Suarez-munoz | 643861782 | Children's Medicaid | 08/01/2018 - 02/28/2019 |
| Angel L Suarez | 643510347 | Medicaid | 06/01/2018 - 05/31/2019 |

DOCUMENT SCANNED AS FILED

# EXHIBIT 2



DOCUMENT SCANNED AS FILED

# EXHIBIT 2



DOCUMENT SCANNED AS FILED

# EXHIBIT 2



Sent Items

Get Messages | Write | Chat | Address Book | Tag | Quick Filter | iheart

info@myprogressive.co
- Inbox (810)
  - Important
- Drafts (6)
- Sent Items
- Archives
- Spam
- Trash
- Local Folders
  - Trash
  - Outbox

Unread | Starred | Contact | Tags | Attachment | 32 messages | iheart

Filter messages by: Sender | Recipients | Subject | Body

| Subject | Correspondents | Date |
|---|---|---|
| Re: Song | Sanchez, Tony | 7/17/2018, 10:49 AM |
| Re: Thanks for your help, one more thing | Morgen | 7/16/2018, 11:13 AM |
| Re: Thanks for your help, one more thing | Morgen | 7/16/2018, 10:56 AM |
| Re: Thanks for your help, one more thing | Morgen | 7/16/2018, 10:55 AM |
| Re: Thanks for your help, one more thing | Morgen | 7/16/2018, 10:43 AM |
| Re: Thanks for your help, one more thing | Otis | 7/16/2018, 10:17 AM |
| Re: Thanks for your help, one more thing | Newman | 7/16/2018, 9:17 AM |
| Re: Thanks for your help, one more thing | Hildebrandt, Kelly | 7/16/2018, 9:13 AM |
| Re: Thanks for your help, one more thing | Blotkamp, Kimberly | 7/16/2018, 9:12 AM |
| Re: Thanks for your help, one more thing | Bishop, Mark (Munch) | 7/16/2018, 7:35 AM |
| Re: Thanks for your help, one more thing | Manuel, Mark | 7/15/2018, 12:53 PM |
| Re: Thanks for your help, one more thing | Dashow, Kenneth | 7/15/2018, 8:22 AM |
| Re: Thanks for your help, one more thing | Dashow, Kenneth | 7/15/2018, 7:52 AM |
| Re: Thanks for your help, one more thing | Dashow, Kenneth | 7/15/2018, 7:52 AM |
| Re: Thanks for your help, one more thing | Pagliarulo, Joseph | 7/14/2018, 6:07 PM |
| Re: Thanks for your help, one more thing | Pagliarulo, Joseph | 7/14/2018, 4:49 PM |
| Re: Thanks for your help, one more thing | SCHOENING, BILL | 7/14/2018, 8:33 AM |
| Re: Thanks for your help, one more thing | Payton, Amber | 7/13/2018, 11:56 PM |
| Re: Thanks for your help, one more thing | Fredrick, Joe | 7/13/2018, 11:55 PM |
| Re: Thanks for your help, one more thing | Steele, Jay | 7/13/2018, 10:45 PM |
| Re: Thanks for your help, one more thing | Martiny, Eddie | 7/13/2018, 10:40 PM |
| Re: Thanks for your help, one more thing | Wolfe, Kerry | 7/13/2018, 10:24 PM |
| Re: Thanks for your help, one more thing | Tom, Scott | 7/13/2018, 10:09 PM |
| Re: Thanks for your help, one more thing | Sato, Pablo | 7/13/2018, 9:59 PM |
| Re: Thanks for your help, one more thing | Sato, Pablo | 7/13/2018, 9:58 PM |
| Re: Thanks for your help, one more thing | Sato, Pablo | 7/13/2018, 9:54 PM |

Searching... Unread: 0 Total: 522 Today Pane

Song sent to them

# EXHIBIT 2

DOCUMENT SCANNED AS FILED



Sent Items

Get Messages | Write | Chat | Address Book | Tag | Quick Filter | iheart

info@myprogressive.co
Inbox (810)
Important
Drafts (6)
Sent Items
Archives
Spam
Trash
Local Folders
Trash
Outbox

Unread | Starred | Contact | Tags | Attachment | 32 messages | iheart

Filter messages by: Sender | Recipients | Subject | Body

| Subject | Correspondents | Date |
|---|---|---|
| Fwd: RE: My agency and my song | Ayarzagoitia, Raul | 8/6/2018, 9:01 AM |
| Re: Thanks for your help, one more thing | Brody (WPB) | 7/30/2018, 9:58 AM |
| Re: Thanks for your help, one more thing | Knight, Kiyo | 7/26/2018, 6:29 PM |
| Re: My agency and my song | Ayarzagoitia, Raul | 7/20/2018, 10:09 AM |
| Re: Thanks for your help, one more thing | Kube, Michelle | 7/19/2018, 3:57 PM |
| Re: Thanks for your help, one more thing | Tom, Scott | 7/19/2018, 9:24 AM |
| Re: Song | Sanchez, Tony | 7/17/2018, 10:49 AM |
| Re: Thanks for your help, one more thing | Morgen | 7/16/2018, 11:13 AM |
| Re: Thanks for your help, one more thing | Morgen | 7/16/2018, 10:56 AM |
| Re: Thanks for your help, one more thing | Morgen | 7/16/2018, 10:55 AM |
| Re: Thanks for your help, one more thing | Morgen | 7/16/2018, 10:43 AM |
| Re: Thanks for your help, one more thing | Otis | 7/16/2018, 10:17 AM |
| Re: Thanks for your help, one more thing | Newman | 7/16/2018, 9:17 AM |
| Re: Thanks for your help, one more thing | Hildebrandt, Kelly | 7/16/2018, 9:13 AM |
| Re: Thanks for your help, one more thing | Blotkamp, Kimberly | 7/16/2018, 9:12 AM |
| Re: Thanks for your help, one more thing | Bishop, Mark (Munch) | 7/16/2018, 7:35 AM |
| Re: Thanks for your help, one more thing | Manuel, Mark | 7/15/2018, 12:53 PM |
| Re: Thanks for your help, one more thing | Dashow, Kenneth | 7/15/2018, 8:22 AM |
| Re: Thanks for your help, one more thing | Dashow, Kenneth | 7/15/2018, 7:52 AM |
| Re: Thanks for your help, one more thing | Dashow, Kenneth | 7/15/2018, 7:52 AM |
| Re: Thanks for your help, one more thing | Pagliarulo, Joseph | 7/14/2018, 6:07 PM |
| Re: Thanks for your help, one more thing | Pagliarulo, Joseph | 7/14/2018, 4:49 PM |
| Re: Thanks for your help, one more thing | SCHOENING, BILL | 7/14/2018, 8:33 AM |
| Re: Thanks for your help, one more thing | Payton, Amber | 7/13/2018, 11:56 PM |
| Re: Thanks for your help, one more thing | Fredrick, Joe | 7/13/2018, 11:55 PM |
| Re: Thanks for your help, one more thing | Steele, Jay | 7/13/2018, 10:45 PM |
| Re: Thanks for your help, one more thing | Martiny, Eddie | 7/13/2018, 10:40 PM |

Searching... Unread: 0 Total: 522 Today Pane

Song sent to them

EXHIBIT 2

DOCUMENT SCANNED AS FILED



7017 2400 0000 4578 8436

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

NEW YORK NY 10025
OFFICIAL USE

Certified Mail Fee $ $3.45 — 0204 10

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $ $0.50

Total Postage and Fees $ $3.95 — 09/21/2018

Sent To: Heart Newyork

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7017 2400 0000 4578 8443

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

SAN ANTONIO TX 78258
OFFICIAL USE

Certified Mail Fee $ $3.45 — 0204 10

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $ $0.50

Total Postage and Fees $ $3.95 — 09/21/2018

Sent To: Heart Texas

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

DOCUMENT SCANNED AS FILED

EXHIBIT 2



No. 2018-CI-21080

Ansel Suarez

VS.

Hart

IN THE DISTRICT COURT

225 JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

## MOTION TO SET

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, Ansel Suarez, the Plaintiff in the Above styled and numbered cause and files this Motion to Set this cause for final hearing on the 16 day of January, 2019, at 9 o'clock A.M./P.M.

## ORDER

The above styled and numbered cause, having been presented to me, is hereby set for Final Hearing on the 16 day of January, 2018 at 9 o'clock A.M./P.M. in the Civil Presiding Courtroom of the Bexar County, Texas.

Signed this 14 day of November, 2019.

NOV 1 4 2018

Judge Peter Sakai
225th District Court
Bexar County, Texas

JUDGE PRESIDING

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Motion/Order to Set was delivered in accordance with the Texas Rules of Civil Procedure, on the 14th day of November, 20, 18.

Ansel Suarez

State Bar No. _____

Address 1410 Brooklyn St 114, San Antonio, TX 78207

Phone 2109864933

FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY
2018 NOV 14 P 4:17
DEPUTY
BY: Daniel Ou

DOCUMENT SCANNED AS FILED

# EXHIBIT 2