Civil Action No. 5:18-CV-01237

CAUSE NO. 2018-CI-21080

**FILED**
NOV 3 0 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

ANGEL SUAREZ )
        Plaintiff(s) )
)
vs. ) RESPONSE TO DEFENDANT'S ORIGINAL ANSWER
) 
IHEARTMEDIA + ENTERTAINMENT, INC )
        Defendant(s) )

---

    Defendant requested strict proof of allegations. Proof will be provided on the day of the final hearing in form of Videos, Recordings, letters, and other media to both the defendant and the Judge.

Dated:

_____
ANGEL SUAREZ
EASTAR
1410 GUADALUPE STREET SUITE 114
SAN ANTONIO, TX 78207
210-986-4833

RESPONSE TO DEFENDANT'S ORIGINAL ANSWER

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served in compliance with Rule 21 and 21a of the Texas Rules of Civil Procedure on November 28, 2018, on the following party:

ESPEY & ASSOCIATES, PC

12400 San Pedro Avenue, Suite 200 San Antonio, Texas 78216 Telephone: (210) 404-0333

IHEARTMEDIA + ENTERTAINMENT, INC

20880 STONE OAK PKWY, SAN ANTONIO, TX 78258

AND SECONDARY ADDRESS

32 AVENUE OF THE AMERICAS, NEW YORK, NY 10013

ANGEL SUAREZ

EASTAR

1410 GUADALUPE STREET SUITE 114

SAN ANTONIO, TX 78207

210-986-4833

**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA**

Cause Number: 2018-CI-21080
(The Clerk's office will fill in the Cause Number when you file this form)

Plaintiff: Ansel Suarez
(Print first and last name of the person filing the lawsuit.)

And

Defendant: Hearthdig + Entertaint, Inc
(Print first and last name of the person being sued.)

In the (check one):
☐ District Court
☐ County Court / County Court at Law
☐ Justice Court

Court Number: _____

Bexar County, Texas

## Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

### 1. Your Information

My full legal name is: Ansel Suarez
My date of birth is: 5/10/81

My address is: (Home) 2910 Pat Booker rd 66
(Mailing) Universal City, TX 78148

My phone number: 2098648__  My email: anselsuarez2@gmail.com

About my dependents: "The people who depend on me financially are listed below.

| # | Name | Age | Relationship to Me |
|---|------|-----|--------------------|
| 1 | Linda Muñoz | 36 | Wife |
| 2 | Archangel Suarez | 16 | Son |
| 3 | Ana Suarez | 14 | Daughter |
| 4 | Carmen Ahmed | 56 | Mother |
| 5 | Pancu Muñoz | 62 | Father in law |
| 6 | | | |

### 2. Are you represented by Legal Aid?

☐ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.
-or-

☐ I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.
-or-

☑ I am not represented by legal aid. I did not apply for representation by legal aid.

### 3. Do you receive public benefits?

☐ I do not receive needs-based public benefits. - or -

☐ I receive these public benefits/government entitlements that are based on indigency:
(Check ALL boxes that apply and attach proof to this form, such as a copy of an eligibility form or check.)
☑ Food stamps/SNAP   ☐ TANF   ☑ Medicaid   ☐ CHIP   ☐ SSI   ☐ WIC   ☐ AABD
☐ Public Housing or Section 8 Housing   ☐ Low-Income Energy Assistance   ☐ Emergency Assistance
☑ Telephone Lifeline   ☐ Community Care via DADS   ☐ LIS in Medicare ("Extra Help")
☐ Needs-based VA Pension   ☐ Child Care Assistance under Child Care and Development Block Grant
☐ County Assistance, County Health Care, or General Assistance (GA)
☐ Other: _____

### 4. What is your monthly income and income sources?

"I get this monthly income:

$ 0 in monthly wages. I work as a _____ for _____
   (Your job title)         (Your employer)

$ 800 in monthly unemployment. I have been unemployed since (date) _____

$ _____ in public benefits per month.

$ _____ from other people in my household each month. (List only if other members contribute to your household income.)

$ _____ from ☐ Retirement/Pension  ☐ Tips, bonuses  ☐ Disability  ☐ Worker's Comp
         ☐ Social Security          ☐ Military Housing ☐ Dividends, interest, royalties
         ☐ Child/spousal support
         ☐ My spouse's income or income from another member of my household (if available)

$ _____ from other jobs/sources of income. (Describe) _____

$ _____ is my total monthly income.

### 5. What is the value of your property?

"My property includes:                           Value*
Cash                                             $ _____
Bank accounts, other financial assets
                                                 $ _____
                                                 $ _____
                                                 $ _____
Vehicles (cars, boats) (make and year)
                                                 $ _____
                                                 $ _____
                                                 $ _____
Other property (like jewelry, stocks, land, another house, etc.)
                                                 $ _____
                                                 $ _____
                                                 $ _____

Total value of property → $ _____

*The value is the amount the item would sell for less the amount you still owe on it, if anything.

### 6. What are your monthly expenses?

"My monthly expenses are:                        Amount
Rent/house payments/maintenance                  $ 600
Food and household supplies                      $ 300
Utilities and telephone                          $ 300
Clothing and laundry                             $ 100
Medical and dental expenses                      $ _____
Insurance (life, health, auto, etc.)             $ _____
School and child care                            $ _____
Transportation, auto repair, gas                 $ 300
Child / spousal support                          $ _____
Wages withheld by court order                    $ _____
Debt payments paid to: (List)                    $ _____
                                                 $ _____
                                                 $ _____

Total Monthly Expenses → $ 1600

### 7. Are there debts or other facts explaining your financial situation?

"My debts include: (List debt and amount owed) _____

(If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled "Exhibit: Additional Supporting Facts.") Check here if you attach another page. ☐

### 8. Declaration

I declare under penalty of perjury that the foregoing is true and correct. I further swear:
☑ I cannot afford to pay court costs.
☐ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision.

My name is Ansel Moreno . My date of birth is: 5/10/81

My address is 2910 Pat Booker rd 66, Universal City, TX 78148
              Street                    City          State      Zip Code  Country

signed on 11/20/18 in Bexar County, Texas
          Month/Day/Year   County name        State

(Signature)

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
Statement of Inability to Afford Payment of Court Costs                Page 2 of 2

# Claim and Payment Status

| Claimant Information | |
|---|---|
| Name: | ANGEL SUAREZ MORENO |
| Social Security Number (SSN): | XXX-XX-3609 |

Printer-friendly Summary

## Waiting Week

TWC cannot pay you for the first week of your claim, also known as the waiting week, until you return to full-time work or exhaust your benefits. If you return to full-time work before exhausting your benefits, you must inform TWC in order to receive payment for that first week. To report that you returned to full-time work, select Request your Waiting Week from the Quick Links.

## Claim Information

| | |
|---|---|
| Claim Type: | Regular Unemployment Benefits |
| Claim Start Date: | Jun 03, 2018 |
| Weekly Benefit Amount: | $256.00 |
| Maximum Possible Benefits: | $5,063.00 |
| Benefits Paid to Date: | $1,792.00 |
| Benefits Remaining: | $3,271.00 |
| Next Date to Request Payment: | During the week beginning Aug 12, 2018. |

## Most Recent Payment

| | |
|---|---|
| TWC Processed Date: | Jul 30, 2018 |
| Amount Deposited: | $512.00 |
| For Week(s): | Jul 22, 2018 to Jul 28, 2018 |
| | Jul 15, 2018 to Jul 21, 2018 |

## Payment Summary

Printer-friendly Summary

View Payment Details by Week

1-8 of 8

| Week(s) | TWC Processed Date | Deduction(s) | Payment |
|---|---|---|---|
| Jul 22, 2018 to Jul 28, 2018 | Jul 30, 2018 | $0.00 | $256.00 |
| Jul 15, 2018 to Jul 21, 2018 | Jul 30, 2018 | $0.00 | $256.00 |
| Jul 08, 2018 to Jul 14, 2018 | Jul 16, 2018 | $0.00 | $256.00 |
| Jul 01, 2018 to Jul 07, 2018 | Jul 16, 2018 | $0.00 | $256.00 |
| Jun 24, 2018 to Jun 30, 2018 | Jul 02, 2018 | $0.00 | $256.00 |
| Jun 17, 2018 to Jun 23, 2018 | Jul 02, 2018 | $0.00 | $256.00 |
| Jun 10, 2018 to Jun 16, 2018 | Jun 29, 2018 | $0.00 | $256.00 |
| Jun 03, 2018 to Jun 09, 2018 | Jun 18, 2018 | $0.00 | $0.00 |

View Payment Details by Week

Form TF0001
July 2016

TEXAS HEALTH AND HUMAN SERVICES COMMISSION
P O BOX 149029
AUSTIN, TEXAS 78714-9029


TEXAS
Health and Human
Services Commission

Date: 06/28/2018

Case Number: 1027590224

**Need help?**

Call 2-1-1 or 1-877-541-7905

If you have a hearing or speech disability, call 7-1-1 or any relay service.

All numbers are free to call.

MR. ANGEL L SUAREZ
TRLR 66
2910 PAT BOOKER RD
UNIVERSAL CITY TX 78148-2742

# Notice about your case:

## SNAP Food Benefits

EDG number: 643510349

| Who gets SNAP Food Benefits | | |
|---|---|---|
| Name | Date | Monthly Amount |
| Linda Munoz; Ana Juliette Suarez-munoz; Archangel Patrick Suarez-munoz; Angel L Suarez | 07/01/2018 - 11/30/2018 | $ 640.00 |
| Ana Juliette Suarez-munoz; Archangel Patrick Suarez-munoz; Angel L Suarez; Linda Munoz | 06/26/2018 - 06/30/2018 | $ 106.00 |

## Health Care Benefits

| Who gets health care benefits | | | |
|---|---|---|---|
| Name | EDG number | Program | Date |
| Archangel Patrick Suarez-munoz | 643861781 | Children's Medicaid | 08/01/2018 - 02/28/2019 |
| Ana Juliette Suarez-munoz | 643861782 | Children's Medicaid | 08/01/2018 - 02/28/2019 |
| Angel L Suarez | 643510347 | Medicaid | 06/01/2018 - 05/31/2019 |