AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
JAN 22 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| Angel Suarez | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. SA-18-CV-1237-XR |
| Iheartmedia+Entertainment, Inc. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  The Court GRANT'S Defendant's Motion for Judgment on the pleadings, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE. The Clerk is directed to close this case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Xavier Rodriguez.

Date:  01/22/2019

CLERK OF COURT

Wayne Garcia
*Signature of Clerk or Deputy Clerk*